**Order entered February 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00326-CV

## MICHAEL A. RUFF, Appellant

## V.

## SUZANN RUFF, ET AL., Appellees

### On Appeal from the Probate Court No. 1
### Dallas County, Texas
### Trial Court Cause No. PR-11-02825-1

## ORDER

The reporter's record is overdue and the Court has granted Jackie Galindo, Official Court Reporter for Probate Court No. 1, three extension requests. In her first request filed September 28, 2018, Ms. Galindo stated that she had just received payment for preparation for the record from appellant's counsel. In her second request filed on October 29, 2018, Ms. Galindo cited only to her busy workload as way of explanation for an extension. In her third request filed on November 28, 2018, Ms. Galindo again cited only to her busy workload. By order dated November 29, 2018, we granted the third extension request and extended the time to December 28, and cautioned her that further extension requests would be strongly disfavored.

Rather than file the reporter's record, Ms. Galindo filed a status letter on December 23, explaining that she was in the "finishing phases of my work" and had sent a letter to counsel for

appellant regarding an outstanding balance.  Ms. Galindo has not communicated with the Court since.

On the Court's own motion, we **ORDER** Ms. Galindo to file, by **February 22, 2019**, either the reporter's record or written verification that appellant has not paid the outstanding balance.  We caution appellant that if the Court receives written verification of nonpayment, the Court will order the appeal submitted without the reporter's record.  *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Galindo and all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE